U.S. District Judge Ronald B. Leighton
U.S. District Court Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CASSIE TIBBITTS, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. C11-5432RBL-KLS <br><br> AGREED ORDER RE EAJA FEES AND EXPENSES |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $3,823.72 and expenses in the amount of $17.37 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jeanette Laffoon, based upon Plaintiff's assignment of these amounts to Plaintiff's

AGREED ORDER RE EAJA FEES   - Page 1
[C11-5432RBL-KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1 attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, <u>Jeanette Laffoon,

2 at 410-A South Capitol Way, Olympia, WA 98501</u>.

3 DATED: June 11, 2012.

_____
Ronald B. Leighton
United States District Judge

Presented by:

<u>/s/ Jeanette Laffoon</u>
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

<u>/s/ Leisa A. Wolf</u>
LEISA A. WOLF
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email authorization)*

AGREED ORDER RE EAJA FEES   - Page 2
[C11-5432RBL-KLS]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276